Iris J. MILLS, Plaintiff–Appellee,

v.

**BIRMINGHAM BOARD OF EDUCATION, Defendant–Appellant.**

No. 05–16510

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Nov. 16, 2006.

John David Saxon, Stephen Jared Austin, John D. Saxon, P.C., Birmingham, AL, John Miller West, Matthew H. Clash–Drexler, Bredhoff & Kaiser, P.L.L.C., Washington, DC, for Plaintiff–Appellee.

Kenneth L. Thomas, Thomas, Means & Gillis, P.C., Montgomery, AL, for Defendant–Appellant.

Before DUBINA, CARNES and FAY, Circuit Judges.

PER CURIAM:

Iris Mills, appellee, was awarded damages on her claim of interference with her rights under the Family and Medical Leave Act, 29 U.S.C. §§ 2601–2654 (1994). The Birmingham Board of Education, appellant, appeals and raises two issues: (1) Whether Mills is entitled to damages for such a claim, and (2) Whether the district court erred in awarding liquidated damages.

After studying the record and the briefs of the parties, we find no merit in these contentions. The case was properly submitted to a jury and the verdict is supported by the evidence. Thereafter, the trial judge properly awarded liquidated damages as provided for in the statutes.

AFFIRMED.